IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

_____

CYNTHIA "CINDY" FOSS, HUNTER FOSS           )
DESIGN & INTEREST,                          )
        Plaintiffs,                          )
                                            )    Case No.: 4:20-CV-40057-MRG
v.                                          )    Honorable Margaret R. Guzman
                                            )
MARVIC, INC. D/B/A BRADY-BUILT              )
SUNROOMS, BRADY-BUILT, INC., JOHN           )
DOES, CHARTER COMMUNICATIONS, INC.,         )
CHARTER COMMUNICATIONS, LLC,                )
        Defendants.                          )
_____   )

**DEFENDANT, BRADY-BUILT, INC.'s, ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND**

      No responsive pleading is required as to the introductory paragraph of the Amended Complaint.  To the extent a response is deemed to be required, the allegations are denied.

## I.     NATURE OF THE CASE

      1.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 1.

      2.     The defendant, Brady-Built, Inc., denies the allegations contained in Paragraph 2.

      3.     The defendant, Brady-Built, Inc., admits that Foss previously filed suit. The defendant, Brady-Built, Inc., otherwise denies the allegations contained within Paragraph 3.

      4.     The defendant, Brady-Built, Inc., states that the amended complaint speaks for itself, and accordingly no response is necessary.  To the extent a response is deemed to be required, the allegations are denied.

      5.     As the allegations contained in Paragraph 5 are directed to another party, no responsive pleading is required of the defendant, Brady-Built, Inc.  To the extent a response is deemed to be required, the allegations are denied.

6.      As the allegations contained in Paragraph 6 are directed to another party, no responsive pleading is required of the defendant, Brady-Built, Inc. To the extent a response is deemed to be required, the allegations are denied.

## II.    PARTIES

7.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 7 as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

8.      The defendant, Brady-Built, Inc., admits that Marvic was and Brady Built is a Massachusetts corporation, with a principal place of business in Auburn, Massachusetts. The defendant, Brady-Built, Inc., otherwise denies the allegations contained in Paragraph 8.

9.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 9, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

## III.    JURISDICTION & VENUE

10.      The defendant, Brady-Built, Inc., admits that the Amended Complaint purports to assert claims under the Copyright Act of the United States (17 U.S.C. §§ 101, et. seq.) and 28 U.S.C. § 2201(a) and admits that the court has subject matter jurisdiction.  The defendant, Brady-Built, Inc., otherwise denies the allegations contained within Paragraph 10, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

11.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 11, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

12.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 12, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

## IV.    STATEMENT OF FACTS

**A.     These copyright claims were previously dismissed without prejudice.**

A.     The defendant, Brady-Built, Inc., denies the allegations contained within Subheading A

13.     The defendant, Brady-Built, Inc., admits the allegations contained within Paragraph 13.

14.     The defendant, Brady-Built, Inc., admits the allegations contained within Paragraph 14.

15.     The defendant, Brady-Built, Inc., admits the quoted language is contained within the court's decision, without the added emphasis.  The defendant otherwise denies the allegations contained within Paragraph 15.

16.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 16, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

17.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 17, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

18.     The defendant, Brady-Built, Inc., asserts that Paragraph 18 improperly asserts a legal conclusion, and accordingly a response is not required.  To the extent that a response is deemed to be required, the allegations are denied.

19.     The defendant, Brady-Built, Inc., asserts that Paragraph 19 improperly asserts a legal conclusion, and accordingly a response is not required.  To the extent that a response is deemed to be required, the allegations are denied.

20.     The defendant, Brady-Built, Inc., asserts that Paragraph 20 improperly asserts a legal conclusion, and accordingly a response is not required.  To the extent that a response is deemed to be required, the allegations are denied.

21.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 21, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

22.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 22, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

23.     The defendant, Brady-Built, Inc., states that the document attached as Exhibit A to the Amended Complaint speaks for itself; the defendant, Marvic, otherwise denies the allegations contained within Paragraph 23.

24.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 24, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

25.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 25.

**B.      Ms. Foss is an accomplished graphic designer who designed a beautiful brochure for Marvic.**

B.      The defendant, Brady-Built, Inc., denies the allegations contained within Subheading B.

26.     The defendant, Marvic, denies the allegations contained within Paragraph 26, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

27.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 27, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

28.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 28, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

29.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 29 as drafted.

30.     The defendant, Brady-Built, Inc., admits that Foss was provided with an existing brochure that contained wording and photographs among other things, but otherwise denies the allegations contained within Paragraph 30.

31.     The defendant, Brady-Built, Inc., admits that a brochure was attached to the Amended Complaint as Exhibit B but otherwise denies the allegations contained within Paragraph 31.

32.     The defendant, Brady-Built, Inc., denies that the brochure Foss submitted to the copyright office was her brochure.  The defendant, Brady-Built, Inc., otherwise denies the allegations contained within Paragraph 32, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

**C.      Marvic did not pay for a license to Ms. Foss's intellectual property.**

C.      The defendant, Brady-Built, Inc., denies the allegations contained within Subheading C.

33.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 33 as drafted.

34.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 34 as drafted.

35.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 35 as drafted.

36.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 36.

37.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 37.

**D. Without Ms. Foss' authorization, Marvic reproduced, prepared derivative works of, publicly distributed, and publicly displayed the brochure.**

D. The defendant, Brady-Built, Inc., denies the allegations contained within Subheading D.

38.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 38.

39.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 39.

40.      The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 40.

41.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 41.

42.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 42.

43.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 43.

44.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 44.

**E.     On information and belief, Charter has managed its Internet-connection services in a manner that involves the selection of materials for differential transmission, routing, and provisions of connections.**

E.     The defendant, Brady-Built, Inc., denies the allegations contained within Subheading E, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

45.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 45.

46.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 46, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

47.     The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 47, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

48. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 48, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

49. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 49, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

50. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 50, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

51. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 51, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

52. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 52, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

53. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 53, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

54. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 54, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

55. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 55, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

56. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 56, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

57. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 57, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

58. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 58, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

59. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 59, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

60. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 60, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

61. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 61, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

62.    The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 62, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

63.    The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 63, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

64.    The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 64, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

65.    The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 65, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

66.    The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 66, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

67.    The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 67, as the defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations.

**V. CAUSES OF ACTION**
**Violations of the U.S. Copyright Act**
**Plaintiff's Exclusive Rights to Reproduce, Prepare Derivatives of,**
**Publicly Distribute, and Publicly Display her Copyrighted Work**
**[17 U.S.C. § 106(1)-(3), (5)]**

**Claim 1: Marvic's Direct and Indirect Infringement of Ms. Foss' Exclusive Rights of Reproduction, Derivation, Distribution, and Display.**

The defendant, Brady-Built, Inc., denies the allegations contained within Claim 1.

68. The defendant, Brady-Built, Inc., incorporates by reference as though fully set forth herein its answers to Paragraphs 1 through 67.

69. The defendant, Brady-Built, Inc., asserts that the allegations of Paragraph 69 contain a legal conclusion, and accordingly, no response is required. To the extent a response is deemed to be required, the allegations are denied.

70. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 70.

71. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 71.

72. The defendant, Brady-Built, Inc., denies the allegations contained within Paragraph 72.

**Construction of the Digital Millennium Copyright Act**
**Ineligibility for Safe Harbor Protection due to Selection of Materials**
**In the Court of Transitory Digital Network Communications**
**[17 U.S.C. § 512(a)(1)-(5)-(k)(1)(A)]**

**Claim 2: Charter's Ineligibility for Safe Harbor due to its Selection of Material for Transmission, Routing, and Provisions of Connections.**

73. – 83. The defendant, Brady-Built, Inc., asserts that the allegations contained within Claim 2, paragraphs 73 through 83 are not directed to Brady-Built, Inc., and accordingly, no response is required. To the extent a response is deemed to be required, the allegations are denied.

**VI. Prayer for Relief**

WHEREFORE, defendant, Brady-Built, Inc. requests that the court deny each and every prayer for relief requested by the plaintiff. The defendant, Brady-Built, Inc., further requests that the court enter judgment in its favor; declare that Marvic, Inc. is the legal author and Brady-

Built, Inc. is the legal owner of the copyright in the brochure; and award Brady-Built, Inc. attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says that this action was not commenced within the time required by the laws made and provided therefor.

### SECOND AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says that the Complaint fails to state a claim upon which relief can be granted and should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

### THIRD AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says that Marvic, Inc. paid the plaintiffs and therefore the defendant, Brady-Built, Inc. owes the plaintiffs nothing.

### FOURTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says that the Complaint should be dismissed pursuant to Fed.R.Civ.P. Rule l2(b)(5) for insufficient service of process.

### FIFTH AFFIRMATIVE DEFENSE

And further answering, the plaintiffs' claims are barred by waiver and/or estoppel.

### SIXTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says the plaintiffs have waived, in whole or in part, their right to maintain the claims set forth in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says the plaintiffs lack standing and their claims must be dismissed.

## EIGHTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says the plaintiffs' claims are barred by the applicable statute of limitations, 17 USC § 507 (b).

## NINTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says that the complaint should be dismissed as the plaintiffs' action is barred by the Doctrine of Unclean Hands.

## TENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says the plaintiffs have failed to mitigate their damages.

## ELEVENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says the plaintiffs' claims are barred due to fraud as Foss submitted three different applications seeking copyright registration in which she knowingly included inaccurate information including misidentification of the name of the brochure; omission of the fact that she edited an existing brochure authored by Marvic, Inc.; and misrepresentation of the work she performed and the work that was performed by others.

## TWELTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says the plaintiff cannot recover as pursuant to a purchase of only Marvic's assets on December 1, 2017, Brady-Built, Inc. is the owner of the copyright of the brochure marked as Exhibit B to the Amended Complaint, which bears the copyright notice of "© 2006 Marvic Inc.," and all derivative works.

**THIRTEENTH AFFIRMATIVE DEFENSE**

And further answering the defendant, Brady-Built, Inc., says the plaintiff cannot recover as the copyright registration relied upon was procured by fraud upon the Copyright Office and is invalid as Foss submitted three different applications seeking copyright registration in which she knowingly included inaccurate information including misidentification of the name of the brochure; omission of the fact that she edited an existing brochure authored by Marvic, Inc.; and misrepresentation of the work she performed and the work that was performed by others, and the inaccurate information, if known, would have caused the Register of Copyrights to refuse the registration.

**FOURTEENTH AFFIRMATIVE DEFENSE**

And further answering the defendant, Brady-Built, Inc., says the plaintiffs' claims are barred by the doctrine of implied license.

**FIFTEENTH AFFIRMATIVE DEFENSE**

And further answering the defendant, Brady-Built, Inc., says that when Marvic, Inc. hired Foss to edit its existing brochure, it provided Foss with a copy of the brochure bearing copyright notice of "© Marvic Inc. 2003" attached as Exhibit 1 to this Answer, and accordingly, Foss had access to the existing brochure and copied it, wherefore plaintiffs cannot recover as the copyright relied upon is invalid.

**SIXTEENTH AFFIRMATIVE DEFENSE**

And further answering the defendant, Brady-Built, Inc., says that the copyright relied upon is invalid as the work as a whole is not original to Foss as the 2006 brochure, marked as Exhibit B to the Amended Complaint, is substantially similar to the 2003 brochure, marked as

Exhibit 1 to the Answer, and as evidenced by the fact that Foss added "© 2006 Marvic Inc." to the brochure that she edited making it clear that she knew the true copyright holder was Marvic.

## SEVENTEENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says that Brady-Built, Inc. was registered with the Commonwealth on November 13, 2017, wherefore the plaintiffs are barred from recovery from Brady-Built, Inc. for any claims accruing prior to that date.

## EIGHTEENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Brady-Built, Inc., says that the Complaint should be dismissed pursuant to Fed.R.Civ.P. Rule l2(b)(2) for lack of personal jurisdiction.

## JURY DEMAND

The defendant, Brady-Built, Inc., demands a trial by jury as to all issues.

Respectfully submitted,

/s/ Sarah B. Christie
David F. Hassett, Esquire (MA No. 544443)
Sarah B. Christie, Esquire (MA No. 566833)
HASSETT & DONNELLY, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Sarah B. Christie
Sarah B. Christie, Esquire

# EXHIBIT 1



# BRADY-BUILT
## OF NEW ENGLAND

*Sunrooms You Can Be Proud Of ...*

**From The Brady Family Album**

Dear Friend,

We would like to take this opportunity to thank you for requesting our new Brady-Built sunroom catalog. You'll notice that this catalog is filled with pictures and comments from our customers. What really shines through is the pride they feel in owning a Brady-Built sunroom. That's why we say we build *"Sunrooms you can be proud of."*

Just ask Larry and Beverly Richards, who wrote us to say, "We use our Brady-Built sunroom regularly for dining, relaxing, working and entertaining. It has added great value to our house and great pleasure to our lives!" We hear comments like this over and over again.

Brady-Built has been manufacturing quality sunrooms for over 20 years and have thousands of satisfied customers. The experience of owning a sunroom is sometimes hard to describe-it's a feeling...the feeling of quiet serenity that envelopes you as you sit reading at night, with the faint patter of raindrops against the glass roof...the deep warmth of sunshine on a winter's day...the natural tendency of family and guests to gather there. Your sunroom becomes a gentle focal point of family activity and pride.

At Brady-Built, we share this feeling of pride. We take pride in knowing that our customers appreciate the natural beauty of our sunrooms and the overwhelming value the rooms add to their homes. We also take pride in knowing we offer a high quality product at a reasonable price.

We are the only sunroom manufacturer that delivers your sunroom in one, factory-assembled piece. We're certain that our value, as well as our quick and easy installation will convince you to invest in a Brady-Built sunroom.

We look forward to featuring your home in our next Brady-Built Family Album!

Sincerely Yours,

Marco Gabrielli
Vice President

Mario Gabrielli
President



Quinn Family, Gloucester, MA

©Marvic, Inc. 2003

♲ Printed On Recycled Paper

# Pride That Shows

*"You will love your Brady sunroom as I do mine. It adds a special dimension to our home. It's where all our visitors and guests want to sit. In its cozy warmth, you can watch it snowing on a cold winter day–it's great!"*

William S. York, PA

Sure, we could brag about our sunrooms. We could tell you how each Brady sunroom is built-to-order by skilled craftsmen and glaziers in our advanced manufacturing centers using only the finest materials. We could explain that we are the only sunroom maker that delivers one-piece, ready-to-install sunrooms, ensuring fast installation and leak free performance. But, you might not believe us.

So, in this catalog, we let our customers do most of the talking. They know us best. They're the toughest critics we know. And, we've listened closely to them over the years in order to perfect our sunrooms. We could also tell you that we offer the best value on the market. Instead, we've decided to let the proud owners of Brady sunrooms tell you.

*"Our Brady sunroom is beautiful! We now have a spectacular view of the Patuxent River to enjoy year-round. Thanks again to the masterful installers and crane operator, and the excellent craftsmen."*

Anne M. Lusby, MD



The Curved Eave–see page 4



The New Englander Conservatory–see page 8

## Brady Style And Beauty–A Perfect Addition To Your Home!

Your family and guests will love it. Your neighbors will envy it. Add extra value and enjoyment to your home with a Brady sunroom. Now available in three styles!



The Straight Eave–see page 6



The friendly staff at Brady-Built is ready to answer your questions and discuss your project. Call 1-877-77-BRADY.



Fall in love with a Brady sunroom at our state of the art factory in Worcester, MA.



Standard sizes are available, or have one built to your specifications. Bring your pictures, drawings, and dreams, and we'll turn them into reality!

3

*"We fell in love with our Brady sunroom at first glance. We felt the same after the room was installed. Absolutely fantastic."*

Flossie F.Nahant, MA

*"We looked at approximately 13 to 15 different addition options and chose Brady. We enjoy our room with our Jacuzzi on the coldest days of the year. And, on the warmest days, the ventilation system is terrific."*

Pat M.Dimock, PA



Graceful wood beams on the Brady Curved Eave sunroom frame your view of nature's wonders.



Bergenholtz Family



Frangules Family



Baker Family

# The Curved Eave

Graceful, elegant wood arches frame the trees and sky. Surrounded by nature's splendor, the stress of the day melts away as you relax in your new sunroom. Brilliant sunrises color your morning. Heavenly wonders fill the starry night sky.

A Brady Curved Eave sunroom is more than just an addition to your home. It's a new way of living. Every time you step into your Brady sunroom, you'll feel invigorated and alive. The scene outside is ever changing, ever moving with the rhythm of nature. Cozy and secure, you enjoy the sounds and textures of the world outside.

*"Our Brady sunroom is a wonderful room in which to entertain guests. It adds a lot to an ordinary house."*

Jack W.Troy, NY

The Brady Curved Eave sunroom is one of three models we offer. Our newest style, the New Englander Conservatory, is featured on pages 8 and 9. The Straight Eave sunroom can be found on pages 6 and 7.

The Curved Eave is our most popular style. The gentle curve of the glass and the exquisite beauty of our Southern Yellow Pine beams offers a contemporary, yet timeless look. Screen-equipped sliding doors and windows provide cool, flow-through ventilation.

Like all Brady sunrooms, the Curved Eave comes direct to you from our factory, fully-assembled and ready to set on your prepared site. Simply add the finishing touches and you're ready to enjoy your new sunroom!

*"We love the look and comfort of our Brady sunroom. It's our favorite place in the house to sit and relax."*

Mark R.
Doylestown, PA

*"If you are proud of your home, you will be even more so with a Brady sunroom. We use it every day, even in 10 degree weather. When the sun is shining, the temperature inside is a comfortable 72, which helps warm the adjacent rooms and saves on our heating bill."*

Robert S.
Spencer, MA

*"We are extremely pleased with our Brady sunroom. The sunroom has become an active sitting, dining and entertaining area. The room has also given us an excellent view of our grounds and our very busy bird feeders."*

Edward S.
Lexington, MA

The Brady Straight Eave Sunroom features clean exterior lines with laminated Southern Yellow Pine interior beams.

# The Straight Eave

Clean, bold lines make the Brady Straight Eave sunroom a standout in any location. The crisp exterior appearance gives way to a sweeping, open interior.

The laminated Southern Yellow Pine structural beams make the Straight Eave strong, yet elegant. The gently curved inside edge and sharp outer corner of the beams creates a wonderful contrast that's pleasing to the eye and leaves lots of room for hanging plants.

*"If you love to watch the birds, a summer thunder storm, snow falling on a winter day or just sit and look at the fall colors, buy a Brady sunroom. It's the greatest investment we ever made."*

Sally V.
Pinckney, MI

The view is clear and unobstructed through the floor to ceiling glass panels of the Straight Eave. Of course, as with all Brady sunrooms, screened doors and windows, in factory specified numbers, are standard on the Straight Eave.

*"I have enclosed a hot tub inside my Brady sunroom... It's fantastic! The company representatives were the best to deal with. It was a pleasure."*

Charles U.
Andover, CT



Helle Family



Theophanis Family



Smith Family

6

7

*"We love our new Brady-Built Conservatory! The beauty of the beams is breathtaking! After a busy day at work, it is a perfect place to unwind and relax. It's like a little slice of heaven."*

Ronald & Mary J.
Middlefield, MA



Elias Family



Otis Family



The New Englander Conservatory features beautifully angled beams made of Southern Yellow Pine.

# The New Englander Conservatory

Our modern interpretation of the classic Victorian lines, the New Englander Conservatory is sure to add beauty and elegance to your home.

*"We are very happy with our Brady sunroom... Strange, we are finding less need to go out... This room has offered the change in atmosphere we looked for–total relaxation"*

Leopoldo G.,
Baltimore, MD

The New Englander Conservatory is built using the same technology and materials as the Curved and Straight Eave models. The high performance Low-E glass and elegant wood beams combine to create an artistic symmetry that adds instant, awe-inspiring beauty to your home.

*"If I had to do it over again, I would buy another Brady sunroom. I considered several sunroom manufacturers, but could not find a higher quality, competitively priced unit. My sunroom was added to my new home during construction."*

Douglas H.
Waldorf, MD

Built in our climate-controlled factory, the quality of your New Englander Conservatory is unmatched. As with all Brady-Built rooms, it is backed by over 20 years experience and a reputation for excellence.

Call 1-877-77-BRADY

8                                                                     9



*"We love our Brady sunroom! It was the best priced product of its quality by far. We really shopped around and are very pleased."*

Jacques Family
Burlington, VT

Scott Family



Seelandt Family



Duter Family

# Gable Style

The traditional look of the Gable Style Room is a favorite choice for many of our customers.

*"My brother is a contractor, and he's done many porches and enclosures. He said dealing with Brady was so easy that he wants to recommend them to anyone who is thinking about a sunroom or enclosure."*

Tracy Family,
Chelmsford, MA

The design of the Gable Style was inspired by the look of our classic Straight Eave--made with the same elegant solid wood beams that have been the Brady Sunroom trademark for over 20 years.

*"We just wanted to let you know how much we are enjoying our Brady Sunroom. We had the tree out there for Christmas, and it looked absolutely gorgeous!"*

Prophet Family
Uxbridge, MA

Custom built in our state of the art factory, the versatile design of the Gable Style allows us to change the roof pitch to match any home. The superior lamination and structural strength of the beams enables us to build this style in very large sizes if necessary.

*"We have told many others how much we love it! I use mine as a studio and only wish it were a little larger, because everyone wants to be out there!"*

Cuhran Family,
Livonia, MI



Castonguay Family




Riner Family



Ferraro Family



Jones Family



Candito Family



Barr Family

# Brady Built Family Album

This is our family. For nearly 20 years, our customers have guided us in every decision we have made. Every conversation, every installation, every letter has added to our knowledge and to our commitment.

We receive photos and letters every day from proud Brady sunroom owners. Unfortunately, there wasn't room in this catalog for all their photos. However, we thought you'd enjoy seeing a few of the photos we treasure. You'll find some here and on every page.

*"The last snowfall was especially beautiful...We also eat in our Brady sunroom quite a bit. Our four small grandchildren love playing out there."*

Sumner & Corliss L.
Shrewsbury, MA

Brady Built has been satisfying customers with quality sunrooms for nearly 20 years. Our pride shows in every detail, every graceful curve. We think our customers say it best when they tell us how much they enjoy their Brady sunroom.

Over the years, customers have told us what they feel makes Brady sunrooms extra special. The most mentioned features and benefits include the natural wood beams, easy installation, one-piece leak-free construction, and the unquestionable value a Brady sunroom adds to any home. A Brady sunroom makes a home more fun to live in and easier to sell should you need to.

You've worked hard to make your house a home. Now, enjoy your home even more with a quality Brady sunroom! Now is the perfect time to call and schedule an appointment with one of our Sunroom Design Consultants at our showroom near you.

Call us at 1-877-77-BRADY.



Cole Family



McGonigle Family



Jarudi Family



Sayre Family

12



Solid or Glass



2 Story Rooms Available



Gable Style



White & Sandstone Exterior Available



Jacuzzi Enclosures



Candito Family



Scott Family



Install on Your Deck



Seelandt Family



Campbell Family

# Built With Pride To Last A Lifetime





Brady Built craftsmen start with high-grade Southern Yellow Pine and, using our proprietary laminating system, create solid structural beams that support every Brady sunroom.

Our curved laminated beams are an architectural specialty feature that cannot be duplicated by field carpenters. Machine precision and expert craftsmanship results in a quality product.





The laminated beams are assembled into a structural frame that is not only strong, but becomes the elegant focal point of our sunrooms. Next, we systematically install insulated glass, operable windows and doors into the frame.

Secured by a maintenance-free extruded aluminum exterior, the sunroom is ready for the most critical step-sealing the glass. Our expert glaziers carefully seal all joints with high performance structural silicone.





Like the seals in an aquarium, structural silicone prevents all leakage-guaranteed! The tremendous adhesive strength of structural silicone ensures the durability required for shipping to the customer site.

Fully assembled and quality assured, the Brady sunroom is ready to be loaded on a flatbed truck and transported to your home for quick and easy attachment. A Brady sunroom is truly built with Pride.

# Quality And Value Are Standard

As you research your sunroom addition, you will seek answers to some very important questions. For instance, how can you be sure you're getting a quality sunroom? What will keep it leak-free, trouble-free? How can I be sure I'm getting the most for my money?

One simple way to be sure you're getting the best value is to buy a Brady sunroom. Here's why:

**Brady sunrooms are factory-built.** Your Brady sunroom will be built from the finest materials by skilled craftsmen with many years of experience. From the manufacture of laminated wood components through meticulous construction and sealing, the Brady sunroom is quality assured every step of the way.

Each of our manufacturing teams is responsible for a complete sunroom, from raw materials to delivery. This accountability ensures quality and pride in our product.

**Brady sunrooms provide top value at a reasonable price.** We build an elegant, high quality sunroom at the industry's most reasonable price. How do we do it? By using consistent and predictable manufacturing techniques, we can accurately predict assembly time and costs. This helps us keep prices low and quality high.

**Brady sunrooms come fully-assembled and ready to install.** These aren't sunroom kits. We sell only fully-assembled sunrooms that are ready to be placed on your prepared site. Because our rooms are built and delivered in one piece, they are guaranteed leak free and ready for you to enjoy.

# Comfort and Convenience Are Built In

## Glass–A Crystal Clear Value

Of course, the glass used in all Brady sunrooms has been engineered to provide the best possible performance in all seasons. All of our glass is insulated, safety tempered, double sealed glass for extra long life. To add to seasonal comfort, a light tint is used to provide protection from solar radiation and glare. As with any structure, a sunroom's roof is a critical area of heat gain and loss. All Brady sunrooms use state-of-art argon-filled Lo-E roof glass. Argon is a non-flammable, non-toxic gas with a high insulative value. As shown below, Lo-E glass rejects summer heat gain with its reflective coating and reduces heat loss in winter with its argon gas insulation. And, because our glass is factory installed and delivered as an integral part of your Brady-Built sunroom, it's guaranteed leak-free. The value built into our engineered glass is crystal clear!

### Lo-E Glass in Summer

Solar Radiation 230 Btu/hr/ft²

69 Btu/hr/ft²

58 Btu/hr/ft² Reflected Out

Direct Transmission

90 Btu/hr/ft² Reradiated Convected Out

13 Btu/hr/ft² Reradiated Convected In

△ TxU

4 Btu/hr/ft² CONDUCTED

Total Rejected 148 Btu/hr/ft²

Total Gain 86 Btu/hr/ft²

Lo-E, Argon gas-filled glass with reflective coating cuts heat gain in summer by 54%. Combined with our solar screen, total gain is cut by 86%.

### Lo-E Glass In Winter

Outdoors 0°

Radiative Heat Loss

Indoors 70°

3 Btu/hr/ft

15 Btu/hr/ft² Conduction

Total Heat Loss 18 Btu/hr/ft²

57° Interior Glass Temp

Lo-E, Argon gas-filled glass cuts heat loss in winter by 47% over ordinary insulated glass.

## Solar Screens–Cool Shades

The best way to reduce solar heat gain in the summer months is to block the sun before it enters your sunroom. Makes sense, right? However, most manufacturers offer sunshades that are mounted inside their rooms. The heat enters the room before the shades can work. Our unique exterior sunscreen system filters 70% of overhead heat gain before it enters the room. Fiberglass mesh panels slide easily into channels built into the Brady sunroom roof. The screens can be removed in winter for maximum heat gain. The combination of Lo-E argon-filled glass and sunscreens filters an amazing 86% of solar heat gain.

*"We are enjoying our Brady sunroom immensely. We are impressed with the quality and superior workmanship..."*

Frederick & Nancy F.
E. Lebanon, ME

*"It's a quality product. Buying a pre-built unit has a lot of benefits. There have been no leaks and everything fits well...it's a deal that's hard to beat."*

George D.
Philadelphia, PA

## Ventilation–Comfort Is A Breeze

Fresh, natural ventilation is a must for year-round enjoyment. Every Brady sunroom is available with factory-specified screen-equipped windows and doors. Because each Brady sunroom is built-to-order, our Field Representative will review your individual site and recommend the correct number and placement of windows and doors to ensure year-round comfort.





## Sliding Doors

Screen-equipped sliding doors on our Curved and Straight Eave sunrooms open the rooms for fresh, natural ventilation. Of course, our sliding doors are insulated, double sealed and finished with a maintenance-free exterior. Our New Englander Conservatory comes standard with sliding glass doors, or custom wood french doors are an available option. All doors include screens to ensure generous ventilation and bug-free enjoyment.

## Sliding Windows

As with all our glass, our optional screen-equipped sliding windows are insulated, safety-tempered, double-sealed glass and with a maintenance-free exterior.





16

17

# Installation Is As Easy As 1, 2, 3...



**1**

Your Brady-Built sunroom arrives direct from the factory in one piece, ready to install.



**2**

Your Brady-Built sunroom is hoisted into place on your prepared site by a skilled crane operator and our expert installers.



**3**

Your new sunroom is installed in a matter of hours and ready for your finishing touches. If you were building a kit sunroom, you'd still be unloading the parts!



A Brady-Built Curved Eave Sunroom Is Hoisted Into Place



A Perfect Landing On The Customer's Prepared Site!

18

## Installed In A Day, Enjoyed For A Lifetime

**Y**our Brady sunroom will arrive fully assembled and ready to install on your prepared site. Unlike a kit sunroom, which can take a week or more to complete, a Brady sunroom can be installed in about half a day by any competent carpenter or experienced do-it-yourselfer. You are less vulnerable to the delays and potential damage to materials that can be caused by sudden weather changes. Within hours, your Brady sunroom is weather-tight and ready for your finishing touches.

## Why Buy A Brady Sunroom?

- Quality-Assured Factory Assembly
- Designed For Year-Round Enjoyment
- Low Roof Profile Fits Most Homes With Minimal Site Construction
- 10-Year Warranty
- Easy Installation
- Affordable Quality
- Unmatched Value
- Graceful, Curved Wood Beams Add Beauty And Strength
- Manufacturer With over 20 Years Of Sunroom Experience
- Maintenance-free Exterior Finish
- Screened Windows And Doors Are Factory Specified For Optimal Ventilation
- Unique Exterior Solar Screens Dramatically Reduce Summer Heat Gain

## Ten-Year Warranty

Brady sunrooms come with a ten-year warranty that's the best in the industry. Your Brady Field Representative can provide you with complete warranty and details at the time of your factory tour.

To schedule a factory tour call 1-877-77-BRADY.



Walker Family

Take the 5 easy steps toward making your dream come true and owning a quality Brady sunroom.

1. Decide where on your home your sunroom will be attached and what it will be used for.
2. Determine the approximate size which will best suit your needs.
3. Make an appointment to visit the Brady-Built factory and discuss your project with one of our sunroom design consultants.
4. Schedule an In-Home Site Inspection with a Sunroom Design Consultant to finalize details on your sunroom and get your project started.
5. Sit back, relax, and let Brady-Built transform your dreams into reality



Castonguay Family

Call 1-877-77-BRADY Today!



Cozzens Family



Devoe Family

Thomas Family

*Brady sunroom specifications may change without notice. Consult your actual order for exact specifications. Brady-Built is a trademark of Marvic, Inc.*



**BRADY-BUILT**
of **NEW ENGLAND**

160 Southbridge Street
Auburn, MA 01501
1-877-77-BRADY
(1-877-772-7239)
508-798-2600
Fax: 508-798-3034
www.bradyrooms.com

