IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA "CINDY" FOSS, HUNTER FOSS DESIGN & INTEREST, Plaintiffs, v. MARVIC, INC. D/B/A BRADY-BUILT SUNROOMS, BRADY-BUILT, INC., JOHN DOES, CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS, LLC, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 4:20-CV-40057-MRG Honorable Margaret R. Guzman |

**DEFENDANTS, BRADY-BUILT, INC. AND JOHN DOES'**
**MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, Brady-Built, Inc. ("Brady-Built"), and move this Honorable Court pursuant to Fed. R. Civ. P. 56 to enter summary judgment in their favor on Plaintiffs', Cynthia "Cindy" Foss ("Foss") and Hunter Foss Design & Interest, Amended Complaint.[1] As grounds therefor, Brady-Built states that there is no genuine dispute of material fact that (1) Foss has failed to allege any facts to support any theory of liability against Brady-Built, and failed to provide evidence that Brady-Built should be held liable as a successor corporation; (2) Foss is not the rightful owner of the copyright associated with the 2006 Brochure; (3) Foss's certificate of copyright registration for the 2006 Brochure is invalid; (4) Foss's work is not copyrightable; (5) even if this Court finds that Foss had a valid copyright in the 2006 Brochure, Marvic, Inc. had an implied license to use the 2006 Brochure, which it transferred to Brady-Built as part of the explicit terms of the Asset Purchase Agreement entered into on December 1, 2017; and (6) Foss

---

[1] Plaintiffs' only remaining claim is a copyright infringement claim. *See* First Circuit Appeal Decision Dated June 10, 2025, Dkt. No. 75.

1

may not maintain a claim against fictitious defendants. In further support thereof, Defendants incorporate by reference as though fully set forth herein their Memorandum in Support of Their Motion for Summary Judgment, submitted herewith.

WHEREFORE, Defendants respectfully request that this Court enter summary judgment in their favor on Plaintiffs' Amended Complaint.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that the parties have conferred in a good faith effort to resolve the issues raised herein, contemplated the filing of this motion, represented to this Court that Defendants will be filing this motion, and that counsel for Plaintiffs advised that Plaintiffs oppose the relief sought herein.

Respectfully submitted,

/s/ Sarah B. Christie

David F. Hassett, Esquire (MA No. 544443)
Sarah B. Christie, Esquire (MA No. 566833)
Victoria A. Gallerani, Esquire (MA No. 713111)
HASSETT & DONNELLY, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Sarah B. Christie

Sarah B. Christie, Esquire