UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA "CINDY" FOSS, HUNTER FOSS DESIGN & INTEREST,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARVIC, INC. D/B/A BRADY-BUILT SUNROOMS, BRADY-BUILT., JOHN DOES, CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS, LLC,<br><br>　　　　Defendants. | No.: 4:20-cv-40057-MRG |

**REGISTER OF COPYRIGHTS'S CONSENTED-TO MOTION
FOR EXTENSION OF TIME**

The undersigned appear specially on behalf of the Register of Copyrights (Register) to respectfully request that the Court extend the time for the Register to provide her views. ECF No. 126. The Court requested a response in 30 business days – *i.e.*, by February 23, 2026. The Register requests that the time for her response be extended by 28 days to March 23, 2026.

It is the routine practice of the United States Copyright Office, in preparing the Register's response, to review its records regarding the registration at issue, and then prepare the response. The Copyright Office has initiated the process of retrieving its records and, upon review of those records, will diligently prepare the requested opinions. The Register requests the Court grant a 28-day extension of time to complete preparation of the opinions, from February 23, 2026 to March 23, 2026.

Plaintiffs and Defendants consent to the Register's request.

1

                                                Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Assistant Attorney General

January 27, 2026                    s/Scott Bolden
                                                SCOTT BOLDEN
                                                Director
                                                Commercial Litigation Branch
                                                Civil Division
                                                Department of Justice
                                                Washington, DC  20530
                                                Email:      Scott.Bolden@USDOJ.gov
                                                Telephone:  (202) 307-0262
                                                Facsimile:   (202) 307-0345

                                                *Attorneys for Register*

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System. All parties are represented by registered CM/ECF users and will receive notice through the CM/ECF System.

January 27, 2026
                                                  s/Scott Bolden
                                                  SCOTT BOLDEN
                                                  *Attorney for Register*